UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INFORMATION

        - v. -                :    07 Cr. 831

STUART CAMPBELL,                 :

        Defendant.            :

- - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

The United States Attorney charges:

1. On or about May 31, 2006, in the Southern District of New York and elsewhere, STUART CAMPBELL, the defendant, then being an employee of a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin, and willfully misapply certain money, funds, and credits of said bank, and money, funds, and assets entrusted to the custody and care of said bank, to wit, approximately $25,000.

(Title 18, United States Code, Section 656.)

                                              _____
                                              MICHAEL J. GARCIA
                                              United States Attorney