# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    :

      v.                                           :

STUART CAMPBELL,                                      07 Cr. 831

                                        :

                 Defendant.           :
------------------------------------x

        **STUART CAMPBELL**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 656, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                     */s/ Stuart Campbell*
                                                     Defendant.

                                                     Counsel for Defendant.

Date:  White Plains, New York
         September 5, 2007