# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

January 2, 2008

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

**Re:**    **United States v. Stuart Campbell**
         **07 Cr. 831 (KMK)**

Dear Judge Karas:

On December 13, 2007, at my request and without opposition from the Government, this Court stayed the execution of the home confinement component of Mr. Campbell's sentence until January 15, 2008, and authorized Mr. Campbell to travel to the Dominican Republic during the interim in order to visit family there.

With the consent of the Government, I respectfully request that the Court grant a further stay of the home confinement until January 28, 2008, and authorize Mr. Campbell to travel between January 22 and 26, 2008.

The reason for this request is that airline travel earlier in January has proved to be prohibitively expensive for Mr. Campbell, who has learned that traveling later in the month will save him hundreds of dollars in airfare.

As indicated, I discussed this request with Assistant United States Attorney Nola Heller, who indicated that the Government does not object.

Thank you for your consideration.

Very truly yours,

Paul E. Davison
(914) 428-7126

*Mr. Campbell's home confinement is stayed until January 28, 2008, to permit him to travel to the DR between January 22 and 26, 2008. Mr. Campbell is to provide probation his 24-7 contact information in the DR.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
1/2/08

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York

January 2, 2008
Page 2

**Re:**    **United States v. Stuart Campbell**
       **07 Cr. 831 (KMK)**

cc:    Nola B. Heller, Esq.
       Assistant United States Attorney

       Dianne Plummer
       United States Probation